450 A.2d 1033

Commonwealth v. Beagle, Jr., Appellant.

Petition for Allowance of Appeal
Denied Dec. 28, 1982.

586

Submitted December 8, 1981. Neil L. Albert, for appellant; Heather J. Mumma, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Judgment of sentence is affirmed.